

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

**22CV - 016 JFH · SH**

Case No. _____

*(to be filled in by the Clerk's Office)*

Brandon Dean Dickson )
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
**FILED** )
)
JAN 1 2 2022 )
)
Mark C. McCartt, Clerk )
U.S. DISTRICT COURT )
)
State of Oklahoma )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Brandon Dean Dirickson_

All other names by which

you have been known:

ID Number

Current Institution _David L. Moss_

Address _300 N Denver_

_Tulsa_ _OK_ _74103_

           *City*           *State*        *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _State of Oklahoma_

Job or Title *(if known)*

Shield Number

Employer

Address _313 NE 21st St_

_Oklahoma_ _OK_ _73105_

           *City*           *State*        *Zip Code*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _Owasso Police Dept._

Job or Title *(if known)* _police Lt. 2007, 2014_

Shield Number

Employer

Address

_Owasso_ _OKla_

           *City*           *State*        *Zip Code*

☐ Individual capacity   ☒ Official capacity

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3

Name       Tulsa Police Dept

Job or Title *(if known)*      Officer Roggers

Shield Number

Employer      Tulsa Police

Address      Tulsa      Okla   74103

|  | City | State | Zip Code |

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name       Muskogee Creek Nation

Job or Title *(if known)*      District Court

Shield Number

Employer

Address      2501 LVMhvlke

okmulgee    Okla   74447

|  | City | State | Zip Code |

☐ Individual capacity    ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Wrongful conviction 2003, 2014, 2021 9th, Aug

Vronful incarsaration 2003, 2014, 2021 aug 9th

Vronful arrest 2003, 2014, 2021, 9th Aug.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

miss represented   Due Process, Did Not Read My Rights

state did not   wrongfully imprisoned 5 different times

protect my Rights   States Hospital imprisoned

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed. *IN 2003 Osage County I was wrongFully convicted of child abuse*
*IN 2014 Tulsa County I was wrongfully convicted of forged altered*
*Percription. Brown v/s State of Oklahoma*
*IN 2021 Aug. 13th I was Wrongfully arrested an my Due Prosses*
*Was Violated 2021. ON November 9th my Rights were Not read*

III.   **Prisoner Status** *to me   an my Due Processes is being violated iN Excessive Punishment*
*2021-2022*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See attached*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

# IV statement of claim

**A 2003**

**claim 1**
I Brandon Dean Dinickson was wrongfully imprisoned and convicted for child Abuse. 12 months. osage county

**claim 2**
2014 I Brandon Dean Dinickson was wrongfully imprisoned and convicted to a term of threes. I was miss repersented by the Public Defender's office. I wrote a 5 page motion to supress under Brown vs state of Oklahoma. I sent 3 coples one to Distric Attorney of Tulsa oklahoma, Tulsa county court clerk, Tulsa county public delinter My Attorney and the court Never acknowledged it proving my they violated my Due Prosses

**claim 3** 2021 Aug 9th

Tulsa police      I Brandon Dean Dinickson was wrongfully arrested and detained for 2 and a half months. my Due Prosses was violated. I am cherokee Native and was booked

on Back ↓   in that way. After a month and a half Musgoger creek Nation droped me to state court an said I wasn't cherokee Native. Later the state dismissed the charge on october 21st 2021

claim 4   In May of 2007 I was wrongfully put in jail for D.U.I. about 30 days Later I was found Not guilty By Not enough evidence to bound me over for trial, Tulsa county court dismissed the case an Dropped charges.

claim 5   Tulsa Police 2017 mid september or October I was sitting outside on about 13th street eating my food around 8:00 pm or so... about 9 police show up in force officer Roggers was yelling Let me help you, I told officer Roggers I didn't Need any help. I started getting upset and in Fear for my Life. I explained I had No wepons or Drugs or warrents. I turned around And was shot by an officer I turned back turned back around an was tazzed, I fell to the ground. I Never comited a crime, The police took me to OSU medical, I was told to sigha a wavior and would be Released, I wasn't. I was transported to family crisses center 24 hrs Later the Police transport me Tulsa center for behavior health after being cleared for release From family crisses center they injected a drug in me an I did Not consent I was No danger to anyone Later the staff Released me said I was Luck I was alive.

claim 6  On November 9th 2021 I
was arrested After being Robbed My
Maranda Rights were Never read to me
I'm still incarserated, I have No idea
my charges, my bond amount, or when I
go to court my Due Process is
violated this happend iN claim 3 as
well. I requested an Attorney an still
have not spoke to one.

claim 7  Musgogee Creek Nation  I Brandon
Dean Dinickson Have Had my Due Process
violated, under musgoyee Creek Nation
Not once but twice. The State oF
Oklahome is Not protecting the
People's Due Process. I am a
resident OF Oklahoma

claim 8  Tulsa okla  Brandon Dean Drickson
I called 911 for an Ambulance
in January 2021 After being exposed
to a Substance requesting medical
treatment only they Never responded
to my address at 23rd and
Garnett Tulsa Oklahoma the state
did Not protect my Life

claim 9    The State did not Protect the Rights of Branden Dean Dirickson while having a civil Probate court over Kaylee Lynn Dirickson who Later was adopted by the Aunt and uncle Josh and Brandie Vandervear The Fathr Never recieved Noticed while wrongfully imprisoned.

claim 10    From 2014 to present day year after year I Noticed the State does Not PRotect the Homeless I myself Brandon Dean Ddrickson Have been Forced to stay outside by John 3:16 Tulsa day center, Salvation ARmy during covid 19, and increment weather year after year.

claim 11    In 2017 I Brandon Dean Dirickson was to by U.S. Assistant District Attorney to File a Report on the Police Dept. that My civil Right were violated I did this more than once an Never responded back to me.

claim 12    In 2017 and 2020
    I called the F.B.I. About
my civil Rights being violated and
desprett for help No one would
help me or respond such as
Follow up on the matter. I came
to beleive my civil Right did
Not matter to anyone in the
state of Oklahoma, I No longer
have civil Rights that my
Family Fought to protect please
help me Find justice.


claim 13    Since 2008 Saint John's
    Hospital would detain me run
me off And denied treatment in
Jan of 2021, Hillcrest would do the
same only denied ER treatment
November 2021, South crest
would Not treat me chile in ER
in Feb 2021 on or about the
is Not Protecting the People.


claim 14  cherokee Nation and Department
    of Human Service's Failed to
Protect the Rights my Family
From being torn apart

claim 15   oN or About IN November 2001
I was questioned by The F.B.I. my
Banck account was frozen for 2 years
I galned An F.B.I Number But was
Never tried OR sentenced. From this
point on over and over I would be
targeted by city an State and federal
Police. My Due Process was Stricken
from me. An the State of Oklahoma
Left me fighting for my Life
All in All my civil Rights were taken
from me.

claim 16   Mushogee CReek Nation District court
oklahoma Twice iN 2021 Aug 13th an
November 9th 2021 I was arrested an my
my civil Rights were violated I was detained
without a hearing the First time over 40 days
Now after being found a dissmissed case with
No evidence I'm detained Now JAN 7th so
far without a hearing of any kind.

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

See attached paper

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The state of Oklahoma did Not Protect my civil Rights.

See attached paper

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of employment, Lost years of my life Loss of children. depression, ptsd. anxity Loss, vehicles Loss homes to live in. made me Homeless and my kidneys shut down created Mental Health Problems.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Relief from injuries determined by court

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) ___Brandon Dean Dirickson___

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Tulsa, Oklahoma

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Osage county 2008 wrongfali Convicted

Talsa county 2021 Avg 9th dismissed

Talsa county 2014 case covicted wrongfully

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes

    ☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *12-25-22*

*Bensho Dean Director*

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

| | |
|---|---|
| Signature of Plaintiff | *Brandon Dean Dinikon* |
| Printed Name of Plaintiff | Branden Dean Dinichson |
| Prison Identification # | 1135623   DoC 656999 |
| Prison Address | 300 N. Denver Ave |
| | Tulsa                    Okla   74103 |
| | City                     State   Zip Code |

**B.      For Attorneys**

Date of signing:        _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City            State       Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at _300 N. Denver Tulsa ok 74103_ on _12-26-22_ .
            (Location)                                    (Date)


_Brandon Dinikon_
_____
Original Signature of Plaintiff)

## CERTIFICATE OF MAILING

I, _Brandon DiNickson_ hereby certify that a true and correct copy, to which this is attached, was mailed on this _26_ , day of _Dec_ , 20_21_ , and mailed to:

Address:

_300 N. Denver Ave_   ← Presently at Jail
_Tulsa okla 74103_

also/ _415 W. Archer Str._

_Tulsa okla 74103_

Respectfully Submitted,

_Brandon Finisher_

[SEAL]

_____
Notary Public

My Commission Expires On: _____

Brandon Dean Dickinson #1135623
300 north Denver Ave
Tulsa Okla 74103

Legal

RECEIVED United States District court
JAN 12 2022
Mark C. ___ Clerk
U.S. DISTRICT COURT
333 west forth Street Room 411
Tulsa Oklahoma 74103

postage monies
1/6/22

neopost
01/06/2022
US POSTAGE $004.00⁰
FC PKG RTL

ZIP 74103
041L12205338